# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JACARIO CRANFORD**
**ADC #146450**                                                                                          **PLAINTIFF**

v.                                    Case No. 1:19-cv-00104-KGB

**BRUCE D. SANDERS, Captain,**
**North Central Unit, ADC,** *et al.*                                                              **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 8). Plaintiff Jacario Cranford has not filed any objections, and the time to file objections has passed. After carefully considering the record in this case, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The Court dismisses without prejudice Mr. Cranford's amended complaint for failure to state a claim upon which relief may be granted (Dkt. No. 6). Dismissal of this action counts as a "strike," pursuant to 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

It is so ordered this 15th day of January, 2021.

Kristine G. Baker
United States District Judge