## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**JACARIO CRANFORD**
**ADC #146450**                                                                                               **PLAINTIFF**

v.                                    Case No. 1:19-cv-00104-KGB

**BRUCE D. SANDERS, Captain,**
**North Central Unit, ADC,** *et al.*                                                     **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Jacario Cranford's amended complaint is hereby dismissed without prejudice (Dkt. No. 6). The Court certifies that, pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal from this Order and Judgment would not be taken in good faith.

It is so adjudged this 15th day of January 2021.

_____
Kristine G. Baker
United States District Judge